EDWIN F. BORGOS et al., Respondents, *v.* EDWARD G. DUERSTEIN et al., Appellants.

Submitted November 29, 1954; decided December 3, 1954.

*Harry G. Herman, County Attorney,* for motion.
*Julius Garrell* and *Harry Merwin* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the movant is neither a " party aggrieved " (Civ. Prac. Act, § 557, subd. 1) nor a " person aggrieved who is not a party but is entitled to be substituted in place of a party " within the meaning of section 557 (subd. 2) of the Civil Practice Act. Motion for an order of substitution dismissed.